UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH T. CHAVEZ, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>  -against-<br><br><br>CHILLED PROPERTIES LLC d/b/a BORO HOTEL,<br><br>         Defendants. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i)<br><br>Case No.: 1:20-cv-01042-ENV-RER |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kenneth T. Chavez and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant CHILLED PROPERTIES LLC, d/b/a BORO HOTEL without costs to any party against any other and each party shall be responsible for their own attorney fees.

Dated: Great Neck, New York
   September 9, 2020

              /s/  Mitchell Segal

              _____
              Mitchell Segal, Esq.
              Law Offices of Mitchell Segal P.C.
              Attorney for Plaintiff
              1010 Northern Boulevard, Suite 208
              Great Neck, NY 11021
              (516) 415-0100

Application Granted
SO ORDERED
Brooklyn, New York
Dated: __9/11/2020__

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge